IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT P. SMITH III, D-00615, | ) | |
| Plaintiff(s), | ) | No. C 10-2959 CRB (PR) |
| vs. | ) | ORDER |
| STATE OF CALIFORNIA, et al., | ) | (Docket # 17 & 18) |
| Defendant(s). | ) | |

  Plaintiff, a prisoner at Salinas Valley State Prison (SVSP), filed a pro se complaint under 42 U.S.C. § 1983 alleging various violations of his federal constitutional rights while he was at California State Prison, Corcoran (CSP–COR), roughly between August 1998 and September 2009, and while he has been at SVSP, where he was transferred on September 2009.

  The court screened the complaint and found that, liberally construed, plaintiff's allegations of injury to court access due to inadequacies in SVSP's legal access program (or other action or omission) stated a cognizable § 1983 claim for declaratory/injunctive relief against SVSP Warden Hedgpeth and CDCR for denial of access to the courts, and ordered these defendants served. The court dismissed plaintiff's allegations of mishandling of inmate appeals at SVSP for failure to state a claim under the authority of 28 U.S.C. § 1915A(b). All other claims and defendants, namely those pertaining to plaintiff's incarceration at CSP – COR, were dismissed without prejudice to bringing in a separate suit.

Plaintiff moved for reconsideration. The court denied the motion and clarified that this action would be limited to plaintiff's claim for declaratory/injunctive relief pertaining to denial of access to the courts at SVSP.

Plaintiff now moves for leave to file an interlocutory appeal of the court's screening order and the court's order denying his motion for reconsideration. For the reasons stated in defendants' opposition papers and the court's prior orders, plaintiff's motion for leave to file an interlocutory appeal (docket # 17) is DENIED. And again for essentially the same reasons stated in defendants' opposition papers and the court's prior orders, plaintiff's request for leave to file an amended complaint (docket # 18) is DENIED. The proposed amended complaint not only seeks to revive claims and defendants related to his incarceration at CSP – COR, but also seeks to add claims and defendants related to his incarceration at California State Prison, Los Angeles County (CSP – LAC) from December 1997 to August 1998, and at the California Correctional Institution (CCI) in Tehachapi from January 1986 to December 1997. <u>This action will be limited to plaintiff's claim for declaratory/injunctive relief pertaining to denial of access to the courts at SVSP.</u>

SO ORDERED.

DATED: Feb. 21, 2012

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.10\Smith, R1.or3.wpd