IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT P. SMITH III, D-00615,  )
        Plaintiff(s),  )  No. C 10-2959 CRB (PR)
vs.  )  ORDER
STATE OF CALIFORNIA, et al.,  )
        Defendant(s).  )

    Defendants recently filed supplemental briefing in support of their February 9, 2012 motion for summary judgment. Good cause appearing therefor, plaintiff shall have an extension of time to May 18, 2012 to file an opposition to defendants' motion for summary judgment. Defendants shall file a reply within 15 days thereafter.

    No further extensions of time will be granted. Plaintiff's complaints that his typewriter broke and that he is working long hours are unpersuasive. His recently filed ten-page hand written pleading was legible and well written.

SO ORDERED.

DATED:  April 26, 2012

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.10\Smith, R1.or5.wpd