1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT

8       FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   ROBERT P. SMITH III, D-00615,          )
                                            )
11              Plaintiff(s),               )    No. C 10-2959 CRB (PR)
                                            )
12        vs.                               )    (9th Cir. No. 12-17019)
                                            )
13   STATE OF CALIFORNIA, et al.,           )    ORDER
                                            )
14              Defendant(s).               )    (Docket # 56)
     _____    )

15

16        Plaintiff again has filed a request asking this court to exercise its

17   discretionary authority to refuse to tax costs in favor of the prevailing party.  The

18   request is construed as a motion for reconsideration of the court's December 12,

19   2012 order denying plaintiff's initial request and is DENIED.  See Twentieth

20   Century - Fox Film Corp. v. Dunnahoo, 637 F.2d 1338, 1341 (9th Cir. 1981).

21   (motions for reconsideration should not be frequently made or freely granted;

22   they are not a substitute for appeal or a means of attacking some perceived error

23   of the court.)

24        The clerk shell send a copy of this order to the Ninth Circuit.

25   SO ORDERED.

26   DATED:  May 21, 2013

                                    CHARLES R. BREYER
27                                  United States District Judge

28   G:\PRO-SE\CRB\CR.10\Smith, R1.10-2959.or8.wpd